```
COOLEY LLP
JOHN HEMANN (165823) (jhemann@cooley.com)
WALKER NEWELL (282357) (wnewell@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
MANISH LACHWANI
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANISH LACHWANI,<br><br>    Defendant. | Case No. 3:21-mj-71316 MAG<br><br>**NOTICE OF APPEARANCE OF WALKER NEWELL FOR DEFENDANT MANISH LACHWANI** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
WALKER NEWELL
(CASE NO. 3:21-MJ-71316 MAG)

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

2  **PLEASE TAKE NOTICE** that Defendant Manish Lachwani ("Lachwani") files this
3  Notice of Appearance and hereby notifies the Court and all parties that Walker Newell of the law
4  firm Cooley LLP, 3 Embarcadero Center, 20 Floor, San Francisco, CA 94111-4004, hereby enters
5  his appearance as counsel of record for Lachwani in the above-referenced matter.

6  All pleadings, discovery, correspondence, and other materials should be served upon
7  counsel at:

8  Walker Newell (wnewell@cooley.com)
9  Cooley LLP
   3 Embarcadero Center, 20 Floor
10 San Francisco, CA 94111-4004
   Telephone:  (415) 693-2000
11 Facsimile:  (415) 693-2222

13 Dated: August 25, 2021                           COOLEY LLP

15                                                  By: /s/ Walker Newell
                                                        Walker Newell
16
                                                    Attorneys for Defendant
17                                                  MANISH LACHWANI

28  255808592

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF
WALKER NEWELL
CASE NO. 3:21-MJ-71316 MAG